UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA HARPER,<br><br>                              Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO, in his official capacity as Secretary of the United States Navy, et al.,<br><br>                              Defendants. | CASE NO. 3:23-cv-1541-L-BLM<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**<br><br>[ECF NO. 38] |

    Pending before the Court in this employment discrimination action is a Report and Recommendation ("R&R") issued by Magistrate Judge Barbara L. Major (ECF No. 38), recommending dismissal of this action pursuant to Federal Rules of Civil Procedure 16(f) and 37(b) based on Plaintiff's repeated knowing, intentional, and willful failure to comply with orders of the Court, including discovery orders, and failure to appear at pretrial conferences. No objections have been filed to the R&R.

    A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1). "[T]he court shall make a de novo determination of those portions of the [report and recommendation]

1  to which objection is made." 28 U.S.C. § 636(b)(1).  When no objections are filed, the de
2  novo review is waived.  Section 636(b)(1) does not require review by the district court
3  under a lesser standard.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute
4  makes it clear that the district judge must review the magistrate judge's findings and
5  recommendations de novo *if objection is made*, but not otherwise." *United States v.*
6  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original).

7       In the absence of objections, the Court adopts the R&R.  Accordingly, this action is
8  dismissed without prejudice.

9       **IT IS SO ORDERED**.

11  Dated: February 12, 2025

12  
13                                      Hon. M. James Lorenz
                                    United States District Judge