

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rita Harper, an individual<br><br>Plaintiff,<br><br>V.<br><br>Carlos Del Toro, in his official capacity as Secretary of the United States Department of the Navy<br><br>Defendant. | Civil Action No.   23cv1541-L(BLM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts the Report and Recommendation issued by Magistrate Judge Barbara L. Major (ECF No. 38), recommending dismissal of this action pursuant to Federal Rules of Civil Procedure 16(f) and 37(b).

Date:    2/14/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman
R. Chapman, Deputy